IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRINITY HEALTH-MICHIGAN, )
d/b/a SAINT MARY'S MERCY MEDICAL )
CENTER )
200 Jefferson St., SE )
Grand Rapids, Michigan, 49503 )
)
)
     Plaintiff )
)
  v. )
)
MICHAEL O. LEAVITT, )
Secretary of the United States )
Department of Health and Human Services, )
Room 700-E )
200 Independence Avenue, S.W. )
Washington, D.C. 20201 )
)
     Defendant. )

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Trinity Health – Michigan d/b/a Saint Mary's Mercy Medical Center, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Trinity Health – Michigan d/b/a Saint Mary's Mercy Medical Center which have any outstanding securities in the hands of the public.

   Trinity Health Corporation
   Novi, Michigan

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

CROWELL & MORING LLP

By: _____
Michael L. Martinez, Bar #347310
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Ph: 202-624-2945
Fax: 202-628-5116


OF COUNSEL
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
N. Kent Smith, Attorney No. 1777-49
Keith D. Barber, Attorney No. 19052-49
Suite 2000, Box 82064, One American Square
Indianapolis, IN 46282
(317) 633-4884
*Attorneys for the Plaintiff*

December 26, 2007

4804968