UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRINITY HEALTH-MICHIGAN, *dba* )
  SAINT MARY'S MERCY MEDICAL )
  CENTER, )
    )
        Plaintiff, )
    )
    v. ) Civil Action No. 07-2318-JR
    )
MICHAEL O. LEAVITT, )
    )
        Defendant. )

## RETURN OF SUMMONS AS TO THE UNITED STATES ATTORNEY

Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on the United States Attorney for the District of Columbia on March 28, 2008, pursuant to Rule 4(i)(1)(A)(ii) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the civil-process clerk in the United States

Attorney's office. Said service is reflected by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

Respectfully submitted,

_____/s/_____
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiff

April 8, 2008

5513155

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

                                                  /s/
                                   Michael L. Martinez

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>C. Signature<br>X  MAR 2 8, 2008  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S. Attorney<br>501 3rd Street, NW<br>Washington, DC 20001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 2260 0005 2091 0032 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: MAR 31 2008, BEN FRANKLIN PO WDC 20044-0001, USPS

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: U.S. Attorney
City, State, ZIP+4: 501 3rd Street, NW
Washington, DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

Article number (vertical): 7003 2260 0005 2091 0032