UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRINITY HEALTH-MICHIGAN, *dba* )
SAINT MARY'S MERCY MEDICAL )
CENTER, )
                Plaintiff, )
                v. )      Civil Action No. 07-2318-JR
MICHAEL O. LEAVITT, )
                Defendant. )

## RETURN OF SUMMONS AS TO THE ATTORNEY GENERAL

Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on the Attorney General of the United States on March 24, 2008, pursuant to Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the Attorney General of the United States at the Department of

Justice here in Washington, D.C. Said service is reflected by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

Respectfully submitted,

_____/s/_____
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiff

April 8, 2008

5522537

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

_____/s/_____
Michael L. Martinez

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *Daniel L Turku* B. Date of Delivery<br>C. Signature MAR 2 4 2008<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>DOJ<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7003 2260 0005 2091 0049 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL M. MARTINEZ

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark MAR 21 2008   BEN FRANKLIN PO WDC 20044-0001 USPS

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: DOJ  950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530

7003 2260 0005 2091 0049

PS Form 3800, June 2002    See Reverse for Instructions