UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, *dba* SAINT MARY'S MERCY MEDICAL CENTER,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT,<br><br>    Defendant. | Civil Action No. 07-2318-JR |

**RETURN OF SUMMONS AS TO THE SECRETARY,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

 Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on Defendant Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of Health and Human Services, on March 24, 2008, pursuant to Rule 4(i)(1)(C) and 4(i)(2) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the Secretary at his Office in the U.S. Department of Health and Human Services here in Washington, D.C. Said service is reflected

- 2 -

by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

          Respectfully submitted,

          _____/s/_____
          Michael L. Martinez, D.C. Bar No. 347310
          CROWELL & MORING LLP
          1001 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004-2595
          (202) 624-2500 telephone
          (202) 628-5116 facsimile

          Counsel for Plaintiff

April 8, 2008

5523136

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

                                                           /s/
                                      Michael L. Martinez

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: Lawrence    B. Date of Delivery: 3-24-08<br>C. Signature: X [signature]    ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>    If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Michael Leavitt, Secretary<br>US Department of Health<br>    & Human Services<br>200 Indepedence Avenue, SW<br>Room 700E<br>Washington, DC 20201 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 2260 0005 2091 0056 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL MARQUEZ

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

[Postmark: FRANKLIN PO WDC 20044-0001, MAR 21 2008, USPS]

Sent To: Michael Leavitt, Secretary
          US Department of Health
Street, Apt. No.;    & Human Services
or PO Box No.    200 Indepedence Avenue, SW
City, State, ZIP+4    Room 700E

7003 2260 0005 2091 0056

PS Form 3800, June 2002     See Reverse for Instructions