UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, d/b/a ) <br> SAINT MARY'S MERCY MEDICAL CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> U.S. Department of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:07CV02318 (JR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health & Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a forty-five (45) day enlargement of time, up to and including July 17, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on May 21, 2008 and discussed the relief sought in this motion. During that conversation, Plaintiff's counsel agreed to this motion. In support of the instant motion, the Secretary states as follows:

1. Plaintiff initiated this action with the filing of its Complaint on December 26, 2007.

2. The Complaint was served on the office of the United States Attorney for the District of Columbia on April 1, 2008. Thus, the Secretary's response to Plaintiff's Complaint is currently due by June 2, 2008. See Fed. R. Civ. P. 6(a), 12(a)(2).

3. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of an administrative review of Plaintiff's claim for increased Medicare payment. The matters at issue in this action are complex, and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes, and, thus, OAA's workload is quite heavy.

5. The Secretary's counsel has not yet received the administrative record for this action from the OAA. Upon receipt of the administrative record, counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint. The OAA has advised the undersigned agency counsel that it anticipates that the administrative record will be voluminous as one copy of the administrative record contains one full Xerox box-worth of documents.

6. In order to allow sufficient time for OAA to compile the administrative record, and for counsel to review that record, consult with the agency as necessary and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 45 days, up to and including July 17, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

7. This request is made in good faith and not for purposes of delay.

8. The Secretary has not previously requested or received an extension of time to

respond to Plaintiff's Complaint.

    9. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                    Respectfully submitted,

                                    __/s/_____
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney


                                    __/s/_____
                                    CHRISTOPHER B. HARWOOD
                                    N.Y. Reg. No. 4202982
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 Fourth Street, NW
                                    Washington, DC 20530
                                    (202) 307-0372


                                  __/s/_____
                                  ROBERT W. BALDERSTON
                                  U.S. Department of Health and Human Services
                                  Office of the General Counsel
                                  Centers for Medicare and Medicaid Services
                                  330 Independence Ave., S.W.
                                  Washington, D.C. 20201
                                  (202) 619-3601

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRINITY HEALTH-MICHIGAN, d/b/a )
SAINT MARY'S MERCY MEDICAL CENTER, )
                                                    )
        Plaintiff, )
                                                    )
        v. )       Case No. 1:07CV02318 (JR)
                                                    )
MICHAEL O. LEAVITT, Secretary, )
U.S. Department of Health and Human Services, )
                                                    )
        Defendant. )
_____)

## ORDER

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including July 17, 2008 to answer or otherwise respond to Plaintiff's Complaint.

                                                                            _____
                                                                            United States District Judge

Copy to: ECF Counsel