# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN      ) <br> d/b/a SAINT MARY'S MERCY      ) <br> MEDICAL CENTER,      ) <br>      ) <br>      ) <br>         Plaintiff,      ) <br>      ) <br>         v.      ) <br>      ) <br> MICHAEL O. LEAVITT,      ) <br> Secretary, United States Department of      ) <br> Health and Human Services,      ) <br>      ) <br>      ) <br>         Defendant.      ) | Civ. Action No. 07-02318 (JR) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby notices the filing of the administrative record in the above-captioned action. The record, which contains nine volumes, exceeds 500 pages and thus, in accordance with this Court's ECF rules, has been filed and served in hard copy and on compact disk.

Respectfully submitted,

_____/s/_____

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____          _____/s/_____
_____          CHRISTOPHER B. HARWOOD
                                          N.Y. Reg. No. 4202982
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-0372

## <u>CERTIFICATE OF SERVICE</u>

_____I hereby certify that a copy of the foregoing Defendant's Notice of Filing of

Administrative Record, with a copy of the Administrative Record, has been sent by Federal

Express, this 24th day of July, 2008, addressed to:

Michael L. Martinez
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202)624-2500


                              _____/s/_____
                              Christopher B. Harwood