UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, d/b/a<br>SAINT MARY'S MERCY MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL O. LEAVITT, Secretary<br>U.S. Department of health and Human Services,<br><br>　　　　Defendant. | Civil Action No. 07-2318-JR |

## JOINT PROPOSED BRIEFING SCHEDULE

The parties, in accordance with the Court's Minute Order dated July 18, 2008, have conferred and hereby submit the following proposed briefing schedule. The proposed briefing schedule is submitted with consideration given to the length of the administrative record submitted in this case (nine volumes) and the fact that primary counsel for the Plaintiff was first retained in this case shortly before the Complaint was filed and has not yet had an opportunity to review the administrative record, which was filed and served on July 24, 2008:

| | |
|---|---|
| November 3, 2008: | Plaintiff's Motion for Summary Judgment. |
| December 19, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment. |
| January 30, 2009: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. |
| February 27, 2009: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. |

The parties request that the Court enter the simultaneously submitted proposed order reflecting the foregoing briefing schedule.

>Respectfully submitted,
>
>CROWELL & MORING LLP
>
> /s/
>Michael L. Martinez, Bar #347310
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2595
>Ph: 202-624-2945
>Fax: 202-628-5116
>
>OF COUNSEL
>HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
>N. Kent Smith, Attorney No. 1777-49
>Keith D. Barber, Attorney No. 19052-49
>Suite 2000, Box 82064, One American Square
>Indianapolis, IN 46282
>(317) 633-4884
>*Attorneys for the Plaintiff*
>
>
>Respectfully submitted,
>
> /s/
>Jeffrey A. Taylor, D.C. Bar #498610
>UNITED STATES ATTORNEY
>
> /s/
>Christopher B. Harwood
>N.Y. Reg. No. 4202982
>ASSISTANT UNITED STATES ATTORNEY
>United States Attorney's Office
>Civil Division
>555 Fourth Street, NW
>Washington, DC 20530
>(202) 307-0372

        /s/_____
Robert W. Balderston
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W.
Washington, D.C.  20201
(202) 619-3601

6150925

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, d/b/a<br>SAINT MARY'S MERCY MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary<br>U.S. Department of health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2318-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

This matter is before the Court on the parties' Joint Proposed Briefing Schedule. The Court, having considered the parties' submission, hereby orders that Summary Judgment Motions, Oppositions and Replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| November 3, 2008: | Plaintiff's Motion for Summary Judgment. |
| December 19, 2008: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiff's Motion for Summary Judgment. |
| January 30, 2009: | Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. |
| February 27, 2009: | Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. |

IT IS SO ORDERED.

Dated:_____       _____
                              Hon. Judge James Robertson
                              United States District Judge

Distribution to:

Michael L. Martinez
CROWELL & MORING LLP
mmartinez@crowell.com

N. Kent Smith, Attorney No. 1777-49
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
ksmith@hallrender.com

Keith D. Barber, Attorney No. 19052-49
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
kbarber@hallrender.com


Jeffrey A. Taylor
UNITED STATES ATTORNEY

Christopher B. Harwood
ASSISTANT UNITED STATES ATTORNEY
Christopher.harwood@usdoj.gov

Robert W. Balderston
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Robert.Baldlerston@hhs.gov

6151014