**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-CV-02318-JR |
| ) | |
| MICHAEL O. LEAVITT ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties of record:

Please substitute the appearance of Roy I. Niedermayer, Esq., as lead counsel for plaintiff Trinity Health-Michigan and note the withdrawal of Michael L. Martinez . Esq. as counsel for plaintiff.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG EIG & COOPER, CHTD.


By: /s/
     Roy Niedermayer, Esq.  #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Direct Fax: 301-652-8302
Office Fax: 301-654-7354

**rniedermayer@paleyrothman.com**

/s/

Michael L. Martinez, Esq. #347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202)624-2500
Office Fax: (202) 628-5116

**mmartinez@crowell.com**